McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL A. CABOTAJE
Special Assistant U. S. Attorney
333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: Michael. Cabotaje@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA R. CLARK, | CASE NO. 2:05-CV-02618-KJM |
| Plaintiff, | STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND FIVE HUNDRED SIXTY and 00/100 DOLLARS ($2,560.00) pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this

action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of TWO THOUSAND FIVE HUNDRED SIXTY and 00/100 DOLLARS ($2,560.00) shall constitute a complete release from and bar to any and all claims relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                        Respectfully submitted,

Dated: May 17, 2007        /s/ Richard A. Whitaker
                                    (As authorized via *facsimile)
                                    HENRY REYNOLDS
                                    Attorney for Plaintiff

Dated: May 17, 2007        McGREGOR W. SCOTT
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ Michael A. Cabotaje
                                    MICHAEL A. CABOTAJE
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

                                    ORDER

    APPROVED AND SO ORDERED.

DATED:  May 22, 2007.

                                    U.S. MAGISTRATE JUDGE